IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BEVERLY JO JONES, #233418, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-308-TMH |
| ) | WO |
| FRANK ALBRIGHT, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. # 15) to the Recommendation of the Magistrate Judge filed on June 15, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #7) filed on May 27, 2009 is adopted;

3. Plaintiff's complaint is DISMISSED for lack of jurisdiction and that this action is DISMISSED with prejudice prior to service of process under the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this 18th day of September, 2009.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE